No. 17,065.

MARSHALL *v.* FRANKLIN LIFE INSURANCE CO., ET AL.
(274 P. [2d] 316)

Decided September 20, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. HAROLD B. WAGNER, Mr. CARL A. WYERS, for plaintiff in error.

Mr. LOWELL WHITE, Mr. WALTER A. STEELE, for defendants in error.